# EXHIBIT 1

Hasbro, Inc. v. RJ Softwares et al          Doc. 1 Att. 1



# EXHIBIT 2

R 626418

REGISTRATION NO.

CLASS

Oct A A 104547

A

# APPLICATION FOR REGISTRATION
## OF A CLAIM TO COPYRIGHT IN A BOOK PUBLISHED
## IN THE UNITED STATES OF AMERICA

INSTRUCTIONS.—Fill in the applicable items on all pages. Pages 1 and 2 must be written either with pen and ink or on the typewriter. Page 1a will be returned to you as your Certificate of Registration and therefore should be filled in with care to agree with page 1. Carbon paper may be used for page 1. Because most carbons will smudge, the Certificate will look neater if typed separately. Mail all pages to the Register of Copyrights, Library of Congress, Washington 25, D. C., together with two copies of the work and the statutory fee of $2. Make your remittance payable to the Register of Copyrights. See page 2a for full instructions.

1. COPYRIGHT OWNER OR OWNERS (Give full names and addresses)

   The Production and Marketing Corporation

   R.F.D. #1      Newtown, Connecticut

2. TITLE OF BOOK      Scrabble

3. AUTHORS (Editors, Translators, etc.) Full name (including full middle name), pseudonym (if any), and year of birth and, if dead, year of death, are requested for cataloging purposes.

   (a) Name   James        Brunot        Citizenship   U.S.A.
              (First)   (Middle)   (Last)              (Country)

   Domicile R.F.D. #1   Newtown, Connecticut   Birth 1902   Death _____
                    (Address)                       (Year)    (Year)

   (b) Name _____   Citizenship _____
              (First)   (Middle)   (Last)              (Country)

   Domicile _____   Birth _____ Death _____
                    (Address)                    (Year)    (Year)

   (c) Name _____   Citizenship _____
              (First)   (Middle)   (Last)              (Country)

   Domicile _____   Birth _____ Death _____
                    (Address)                    (Year)    (Year)

4. (a) Check one of the following ONLY if your book is:
   ☐ A new edition of a previously published book.
   ☐ A translation.
   ☐ A serial republished in book form with new matter.
   ☐ United States edition of a book first published abroad on (Date)_____
      in the English language and registered under Ad Interim No. _____

   (b) If checked above give title and author of original publication (if different from present book) and a brief statement of the nature of the new matter in this edition:

   _____

   _____

SEND CERTIFICATE, REFUND (IF ANY), AND OTHER COMMUNICATIONS TO:

Name   Watson, Cole, Grindle & Watson

Address   815 Fifteenth Street, N.W.
              (Number and Street)

   Washington   5,   D. C.
   (City)      (Zone)   (State)

FOR COPYRIGHT OFFICE USE ONLY

DATES OF RECEIPT

APPLICATION AND AFFIDAVIT

DEC 10 1948

TWO COPIES OF BOOK

DEC 10 1948

REMITTANCE NO.

$4.00   89277 DEC 13 '48

16—61925-2

# AFFIDAVIT

IMPORTANT.—Fill in this affidavit, sign it before an officer authorized to administer oaths within the United States, such as a notary public, who must place his signature, date of execution, and official seal upon the affidavit. The execution of this affidavit must be subsequent to the facts stated therein and must be made by an individual.

~~State of~~ *District of*
~~County of~~ *Columbia* } ss:

I, the undersigned, depose and say that I am the * duly authorized agent or representative residing in the United States of the * person claiming copyright in the book described in this application; that the copies of this book deposited in the Copyright Office were printed in the United States by ....... The Bee Publishing Co. .......
(Name of establishment doing printing)

at ....... Newtown, ....... Connecticut ....... from type set or by other process
(City) (State)

performed in the United States by ....... The Bee Publishing Co. .......
(Name of establishment)

at ....... Newtown, ....... Connecticut .......; that the binding, if any, of this book
(City) (State)

was done in the United States by .......
(Name of establishment doing binding)

at .......; that this book was published on
(City) (State)

....... December 1, 1948 ....... in the United States.
(Month, day, and year)

*(Signature of affiant)*

PLACE
[NOTARIAL SEAL]
HERE
(Copyright Act makes use of official seal obligatory)

Subscribed and sworn to ~~affirmed~~ before me

this 9th day of December, 1948.

*(Signature of notary)* HELEN M. BALDWIN

MY COMMISSION EXPIRES FEB. 14, 1953. NOTARY PUBLIC, D.

*This affidavit is in form for use by an agent of the copyright claimant. The Copyright Act permits the affidavit to be made instead by the claimant himself or the printer of the book. If it is to be made by the former, cross out the words between the two *. If it is to be made by a printer who is not an agent of the claimant, cross out these words and also the succeeding phrase "person claiming copyright in" and write in their place the words "printer of."

# Application
## for Registration of a Claim to
## Renewal Copyright

**FORM R**

REGISTRATION NO.

R 626418

DO NOT WRITE HERE

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 8. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, together with the registration fee of $4. Make your remittance payable to the Register of Copyrights.

**1. Renewal Claimant(s), Address(es), and Statement of Claim:** Give the full name(s) and mailing address(es) of the claimant(s) of the renewal copyright. State the statutory category of each renewal claimant. It must be one of the categories described on Page 4.

(a) Name ..... Selchow & Righter Company

Address ..... 2215 Union Boulevard, Bay Shore, New York 11706

Claiming as ..... Proprietor of a copyright in a work made for hire
(Use the appropriate statement appearing on page 4)

(b) Name .....

Address .....

Claiming as .....
(Use the appropriate statement appearing on page 4)

(c) Name .....

Address .....

Claiming as .....
(Use the appropriate statement appearing on page 4)

**2. (a) Title:** Give the full title of the work. In the case of music, give specific instrumentation.

Rules For SCRABBLE (Sheet)

**(b) Renewable Matter:** If the work was a new version of a previous work, renewal may be claimed only in the new matter. If this work was a new version, state in general the new matter (e.g., arrangement, editing, illustrations, translation, etc.) upon which copyright was claimed.

**(c) Contribution to Periodical or Other Composite Work:** If the work was a contribution, give the title of the periodical or composite work in which it was published. .....

If a periodical, give: Vol. .....; No. .....; Issue Date .....

**3. Authors of Renewable Matter:** Give the names of all authors who contributed copyrightable matter to this version, but not the names of authors of previous versions. ..... James Brunot

**4. Facts of Original Registration:** The facts given here must agree with the Copyright Office records of the original registration.

Original registration number: Class ..... AA .....; No. ..... 104,547

If registered as published, give date of publication ..... December 1, 1948
(Month) (Day) (Year)

If registered as unpublished, give date of registration .....
(Month) (Day) (Year)

Original copyright claimant ..... The Production and Marketing Corporation
(Name of claimant in original registration)

**Complete all applicable spaces on next page**

EXAMINER

B

**5.** If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

**6.** Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name: Watson Cole Grindle & Watson    Address: 1909 K Street, N.W., Wash. D.C. 2000

**7. Send certificate to:**

(Type or print Name and address)

Name: F.M. deRosa
Watson, Cole, Grindle & Watson

Address: 1909 K Street, N.W.
(Number and street)

Washington, D.C. 20006
(City)    (State)    (ZIP code)

**8. Certification:**
(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

_F. M. deRosa_
(Signature of renewal claimant or duly authorised agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request:

Class A  Form A—Published book manufactured in the United States of America.

Class A or B
- Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
- Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B
- Form B—Periodical manufactured in the United States of America.
- Form BB—Contribution to a periodical manufactured in the United States of America.

Class C  Form C—Lecture or similar production prepared for oral delivery.

Class D  Form D—Dramatic or dramatico-musical composition.

Class E
- Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
- Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F  Form F—Map.

Class G  Form G—Work of art or a model or design for a work of art.

Class H  Form H—Reproduction of a work of art.

Class I  Form I—Drawing or plastic work of a scientific or technical character.

Class J  Form J—Photograph.

Class K
- Form K—Print or pictorial illustration.
- Form KK—Print or label used for an article of merchandise.

Class L or M  Form L–M—Motion picture.

Class N  Form N—Sound recording.

- Form R—Renewal copyright.
- Form U—Notice of use of musical composition on mechanical instruments.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received

FEB. 23. 1976

Fee received

168009 FEB 23 76

GPO : 1975—O-869-958

Page 2

$R626417$

# APPLICATION FOR REGISTRATION
## OF A CLAIM TO COPYRIGHT IN A PRINT OR PICTORIAL ILLUSTRATION

INSTRUCTIONS.—Fill in the applicable items on pages 1 and 1a. Page 1 must be an original copy either printed with pen and ink or typewritten. Page 1a will be returned to you as your Certificate of Registration and therefore should be filled in with care to agree with page 1. Carbon paper may be used for page 1a, but as most carbons will smudge, the certificate will look neater if typed separately. Mail pages 1 and 1a to the Register of Copyrights, Library of Congress, Washington 25, D. C., together with $4 and two copies. In case the work is by a foreign author and published in a foreign country, one copy is sufficient. Make your remittance payable to the Register of Copyrights. See page 2a for full instructions.

1. COPYRIGHT CLAIMANT OR CLAIMANTS (Full NAMES and ADDRESSES):

    Production and Marketing Corporation

    R.F.D. #1  Newtown, Connecticut

2. TITLE OF WORK  Scrabble

3. AUTHOR (The word "Author" includes an employer in the case of works made for hire). Full name (including middle name) and pseudonym (if any):

NAME  James      Brunot  CITIZENSHIP U.S.A.
    (First)  (Middle)  (Last)    (Give name of country)

DOMICILE R.F.D. #1  Newtown, Connecticut
        (Address)

4. DATE COPIES WERE FIRST PLACED ON SALE, SOLD, OR PUBLICLY DISTRIBUTED:

(a) If published in the United States  December 1, 1948
           (Month, day, and year)

(b) If published outside the United States:

       at       
(Month, day, and year)      (City and country)

5. IF PRODUCED OUTSIDE THE UNITED STATES by lithographic or photoengraving process, state where     
            (Country)

6. SEND CERTIFICATE, REFUND (IF ANY), AND OTHER COMMUNICATIONS TO:

NAME Watson, Cole, Grindle & Watson

ADDRESS 815 Fifteenth Street, N.W.
    (Number and street)

 Washington 5,  D. C.
  (City)  (Zone)  (State)

FOR COPYRIGHT OFFICE USE ONLY

APPLICATION RECEIVED

DEC 10 1948

ONE COPY RECEIVED

TWO COPIES RECEIVED

DEC 10 1948

REMITTANCE NO.

$4.00 89277 DEC 13 48

# Application
## for Registration of a Claim to
## Renewal Copyright

FORM R

REGISTRATION NO.
R 626417

DO NOT WRITE HERE

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 8. For further information, see page 4.
Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.
Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, together with the registration fee of $4. Make your remittance payable to the Register of Copyrights.

**1. Renewal Claimant(s), Address(es), and Statement of Claim:** Give the full name(s) and mailing address(es) of the claimant(s) of the renewal copyright. State the statutory category of each renewal claimant. It must be one of the categories described on Page 4.

(a) Name ..... Selchow & Righter Company

Address ..... 2215 Union Boulevard, Bay Shore, New York 11706

Claiming as ..... Proprietor of a copyright in a work made for hire
(Use the appropriate statement appearing on page 4)

(b) Name .....

Address .....

Claiming as .....
(Use the appropriate statement appearing on page 4)

(c) Name .....

Address .....

Claiming as .....
(Use the appropriate statement appearing on page 4)

**2. (a) Title:** Give the full title of the work. In the case of music, give specific instrumentation.

Gameboard for SCRABBLE

**(b) Renewable Matter:** If the work was a new version of a previous work, renewal may be claimed only in the new matter. If this work was a new version, state in general the new matter (e.g., arrangement, editing, illustrations, translation, etc.) upon which copyright was claimed.

.....

**(c) Contribution to Periodical or Other Composite Work:** If the work was a contribution, give the title of the periodical or composite work in which it was published. .....

If a periodical, give: Vol. .....; No. .....; Issue Date .....

**3. Authors of Renewable Matter:** Give the names of all authors who contributed copyrightable matter to this version, but not the names of authors of previous versions. James Brunot

**4. Facts of Original Registration:** The facts given here must agree with the Copyright Office records of the original registration.

Original registration number: Class ..... K .....; No. ..... 18528 .....

If registered as published, give date of publication ..... December 1, 1948 .....
(Month) (Day) (Year)

If registered as unpublished, give date of registration .....
(Month) (Day) (Year)

Original copyright claimant ..... The Production and Marketing Corporation
(Name of claimant in original registration)

*Complete all applicable spaces on next page*

EXAMINER

**5. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:**

....................................................................

**6. Name and address of person or organization to whom correspondence or refund, if any, should be sent:**

Name Watson Cole Grindle & Watson 1909 K Street, N.W., Wash. D.C.200
Address

**7. Send certificate to:**

(Type or print Name)
Name

F.M. deRosa
Watson, Cole, Grindle & Watson

(name and address) Address

1909 K Street, N.W.

Washington, D.C. 20006
(City)        (State)        (ZIP code)
(Number and street)

**8. Certification:**

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

_____
(Signature of renewal claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request:

Class A Form A—Published book manufactured in the United States of America.

Class A or B
{ Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B
{ Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C Form C—Lecture or similar production prepared for oral delivery.

Class D Form D—Dramatic or dramatico-musical composition.

Class E
{ Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F Form F—Map.

Class G Form G—Work of art or a model or design for a work of art.

Class H Form H—Reproduction of a work of art.

Class I Form I—Drawing or plastic work of a scientific or technical character.

Class J Form J—Photograph.

Class K
{ Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

Class L or M Form L–M—Motion picture.

Class N Form N—Sound recording.

● Form R—Renewal copyright.

● Form U—Notice of use of musical composition on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| FEB. 23. 1976 | |
| Fee received | |
| 168009 FEB 23 76 | |

GPO : 1975—O-585-958

Page 2

# FORM TX

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 48-841

EFFECTIVE DATE OF REGISTRATION

5 — 22 — 78
Month — Day — Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A CONTINUATION SHEET**

**(1)** TITLE OF THIS WORK:
**THE OFFICIAL SCRABBLE® PLAYERS DICTIONARY**

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give: Vol. ... No. ... Issue Date ...

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work ... Vol. ... No. ... Date ... Pages ...

**(2)** IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

NAME OF AUTHOR: **G. & C. Merriam Company**

Was this author's contribution to the work a "work made for hire"? Yes ✗ No ...

DATES OF BIRTH AND DEATH:
Born ... (Year) Died ... (Year)

**1** AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ... or Domiciled in ...
Name of Country: USA or Ohio

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes No
Pseudonymous? Yes No
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution) **Entire Text**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes ... No ...

DATES OF BIRTH AND DEATH:
Born ... (Year) Died ... (Year)

**2** AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ... or Domiciled in ...
(Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes No
Pseudonymous? Yes No
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes ... No ...

DATES OF BIRTH AND DEATH:
Born ... (Year) Died ... (Year)

**3** AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ... or Domiciled in ...
(Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes No
Pseudonymous? Yes No
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3)** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year **1978**

DATE AND NATION OF FIRST PUBLICATION:
Date **May 16, 1978**
Month Day Year
Nation **United States of America**
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4)** NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
**G. & C. Merriam Company**
**47 Federal Street**
**Springfield, Massachusetts 01101**

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

Complete all applicable spaces (numbers 5-11) on the reverse side of this page
See detailed instructions attached.
Sign the form at line 10

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY: | APPLICATION RECEIVED: MAY 2 1978 | |
|---|---|---|
| CHECKED BY: | | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED MAY 2 2 1978 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE 202566 MAY 22 78 | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes...... No......
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give Previous Registration Number .................... Year of Registration ........

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| W. A. Krueger Co. (typesetter) | Brookfield, Wisconsin 53005 |
| R. R. Donnelley & Sons Co. (prtr. & binder) | Willard, Ohio 44890 |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work, or (3) both.

  a ☐ Copies and phonorecords  b ☐ Copies Only  c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ...........

Account Number: ...........

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Crawford Lincoln, G.& C. Merriam Co.

Address: 47 Federal Street, P.O. Box 281

Springfield, Mass. 01101

**⑨ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☐ authorized agent of: .....

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) .... *Crawford Lincoln*

Typed or printed name: Crawford Lincoln, Vice-Pres. & Secretary   Date: May 17, 1978

**⑩ Certification (Application must be signed)**

MAIL CERTIFICATE TO

G.& C. Merriam Company
47 Federal Street
Springfield, Mass. 01101

(Name)

(Number, Street and Apartment Number)

(City)    (State)    (ZIP code)

**⑪ Address For Return of Certificate** (Certificate will be mailed in window envelope)

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U. S. GOVERNMENT PRINTING OFFICE: 1977 - 2 - 248-445

# EXHIBIT 3

Int. Cl.: 28

Prior U.S. Cl.: 22

United States Patent and Trademark Office

Reg. No. 524,505
Registered Apr. 25, 1950

10 Year Renewal

Renewal Approved June 20, 1990

## TRADEMARK
## PRINCIPAL REGISTER

# S C R A B B L E     •

MILTON BRADLEY COMPANY (MAS-
SACHUSETTS CORPORATION)
443 SHAKER ROAD
EAST LONGMEADOW, MA 01028, AS-
SIGNEE BY MESNE ASSIGNMENT
PRODUCTION AND MARKETING
CORPORATION, THE (CONNECTI-
CUT CORPORATION) NEWTON, CT

FOR: [GAME INCLUDING BOARD
AND PLAYING PIECES] • EQUIPMENT
AND ACCESSORIES FOR PLAYING A
BOARD GAME •, IN CLASS 22 (INT. CL.
28).

FIRST USE 12-1-1948; IN COMMERCE
12-1-1948.

SER. NO. 71-570,633, FILED 12-16-1948.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on July 31, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered Apr. 27, 1954

Registration No. 589,217

## PRINCIPAL REGISTER
### Trade-Mark

# UNITED STATES PATENT OFFICE

The Production and Marketing Corporation, New-town, Conn., assignor, by mesne assignments, to Production and Marketing Company, Bethel, Conn., a copartnership composed of Helen Brunot and James Brunot

Act of 1946

Application September 9, 1953, Serial No. 652,971

# SCRABBLE

## STATEMENT

The Production and Marketing Corporation, a corporation duly organized under the laws of the State of Connecticut and doing business at New-town, Connecticut, has adopted and is using the trade-mark shown in the accompanying drawing, for SCORING DEVICES AND TURN-TABLES USED IN THE PLAYING OF GAMES AND BOARD GAMES, in Class 22, Games, toys, and sporting goods, and presents herewith five speci-mens or facsimiles showing the trade-mark as actually used in connection with the goods, the trade-mark being applied or affixed to the goods by stamping and printing the mark upon same and packages containing the same and in other ways customary to the trade, and requests that the same be registered in the United States Pat-ent Office on the Principal Register in accord-ance with the act of July 5, 1946.

The trade-mark was first used on turn-tables on August 21, 1953, and first used on the scoring device on September 2, 1953, and was first used in commerce among the several States which may lawfully be regulated by Congress on September 3, 1953.

The trade-mark is also used by applicant's licensees which are controlled by the applicant as to the nature and quality of the goods to which the trade-mark is applied.

Applicant is the owner of United States Trade-Mark Registration No. 524,505, dated April 25, 1950.

THE PRODUCTION AND MARKET-
ING CORPORATION,
By JAMES BRUNOT,
*President.*

# United States Patent Office

802,995
Registered Feb. 1, 1966

## PRINCIPAL REGISTER
## Trademark

Ser. No. 213,157, filed Mar. 2, 1965

## SCRABBLE

Production and Marketing Company (partnership)
Newton, Conn.

For: EQUIPMENT AND ACCESSORIES — NAME-LY, ANAGRAMS, A DICE CUP, CUBES AND A TIMER FOR PLAYING A WORD GAME — in CLASS 22.

First use December 1964; in commerce December 1964. Owner of Reg. Nos. 524,505, 617,871, and others.

V. T. HARFORD JR., *Examiner.*

Int. Cl.: 28

U.S. Cl.: 22

# U.S. Patent and Trademark Office

Reg. No. 1,136,336

Registered May 27, 1980

## TRADEMARK

**Principal Register**

## SCRABBLE

Selchow & Righter Company (New York corporation)
2215 Union Blvd.
Bay Shore, N.Y. 11706

For: APPARATUS FOR PLAYING AN ELECTRON-IC WORD GAME, in CLASS 28 (U.S. CL. 22).
First use Nov. 30, 1978; in commerce Nov. 30, 1978.
Owner of U.S. Reg. No. 524,505.

Ser. No. 199,812. Filed Jan. 12, 1979.

W. A. CONN, Primary Examiner

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,654,348

**United States Patent and Trademark Office**  Registered Nov. 26, 2002

## TRADEMARK
## PRINCIPAL REGISTER

## SCRABBLE

HASBRO, INC. (RHODE ISLAND CORPORA-
TION)
1027 NEWPORT AVENUE
PAWTUCKET, RI 02862

FOR: COMPUTER GAME PROGRAMS, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-19-1997; IN COMMERCE 8-19-1997.

OWNER OF U.S. REG. NOS. 524,505 AND 589,217.

SER. NO. 76-370,539, FILED 2-14-2002.

STEPHANIE DAVIS, EXAMINING ATTORNEY

# EXHIBIT 4



Scrabulous | An amazing word game enjoyed by millions of players! - Microsoft Internet Explorer provided by Patterson Belknap W

File  Edit  View  Favorites  Tools  Help

Address http://www.scrabulous.com/

# scrabulous.™

**Username :**

**Password :** Forgot?    ENTER

☐ Remember me

SIGN UP    LOGIN

## Welcome to Scrabulous

Scrabulous is the coolest word game enjoyed by millions of users! Besides regular Scrabulous, you can also play Scrabulous over emails, get an adrenaline rush with Scrabulous Blitz, or just practice with the computer

Registration and all games at Scrabulous are    So signup now and have hours of fun with your friends, and people from all over the world. You don't have to download any software or install applications to play Scrabulous.

Some details of the games available at Scrabulous are given below.

### Just Scrabulous

Play online against users from all over the world. You can also play live with friends privately inside the rooms. Be it fast paced or a relaxed game, this is classic Scrabulous.

### Email Version

Play with your friends over emails. No registration is required and you don't have to be online at the same time. You can even play many games simultaneously.

### Scrabulous Blitz

Get an adrenaline rush with Blitz. Players compete against each other in rounds that last 2 minutes. Whoever gets the highest score before the timer runs out, wins it.

### Solitaire & Computer

Want to play against the robot or just practice by yourself? Solitaire Scrabulous is the thing. Choose from over 10 levels of the robot and you can even save games.

Need Help? 24 / 7 Support    about us    link back    buddies    game stats

**Email : admin@scrabulous.com**

# FIREFOX
Stop spam. Faster Browsing.

Game Rules

Dictionary

Variations

Resources

Advertise

License

Privacy

Contact Us

# EXHIBIT 5



Facebook | Scrabulous - Microsoft Internet Explorer provided by Patterson Belknap Webb & Tyler

File  Edit  View  Favorites  Tools  Help

Address http://apps.facebook.com/scrabulous/

**facebook**

Search

**Applications**
- Photos
- Video
- Groups
- Events
- Notes
- Scrabulous
- more

More Ads   Advertise

**Save with Vonage**

**Vonage**

Vonage Home Phone Service is unlimited local and long distance calling for just $24.99/month. Sign up today and save up to $300/yr.

Profile   Friends   Inbox

**scrabulous.**

REDACTED

games and 0 inactive games

my games  my stats  global stats  more users  settings  archive

ONLINE PROGRAMS

AMERICAN INTERCONTINENTAL UNIVERSITY

MORE PROGRAMS

About Scrabulous        The Fan Club           Invite Friends      Advertisers        Help
Start Practice Mode     Scrabulous Group       Buy Merchandise     Press & Media      Contact Us

About  Find Friends  Advertising  Developers  Terms  Privacy  Help

Page built by Scrabulous

Done                                                          Internet

EXHIBIT 6



File   Edit   View   Favorites   Tools   Help

Address 🔲 http://www.scrabulous.com/rules.php

## scrabulous.

ENTER

Username :

Password : Forgot?

☐ Remember me

**HELP**

## Rules of Scrabulous

Scrabulous is easy! You can practice a few games to get the hang of it.

Some of the rules of Scrabulous online are:

- If you run out of time, you lose the game regardless of the scores. If this is not done, some users may let the time run out on purpose after getting a small lead.

- When your opponent quits a game, you get the win as well as the points. For more info, check out the automatic adjudication system. If you play with a certified non-quitter (those with a star mark) you can be sure they won't quit.

- Resigning is not the same as quitting a game. When a user resigns, they are accepting defeat, the game is not stored, and you get the win and points instantly.

- Consulting dictionaries is allowed except when you are playing a challenge type game where users are allowed to play phone/y words. Please note that we do not edit the lists and are not responsible for the words included in the dictionaries.

- Word builders are strictly prohibited. While we cannot prevent users from cheating, if a player is repeatedly reported against their account may be blocked.

- Users who abuse in the lobby, the players, or make racist remarks are permanently blocked. At Scrabulous you can be sure of having a very pleasant gaming experience every time. To report abusive action, please contact us.

**FIREFOX**
Stop spam. Faster Browsing.

Need Help? 24/7 Support.
**Email : admin@scrabulous.com**

| Game Rules | Advertise | **Advertise** |
|---|---|---|
| Dictionary | Feedback | **License** |
| Variations | Help Desk | **Privacy** |
| Resources | Game Stats | **Contact Us** |

# EXHIBIT 7





# EXHIBIT 8

Facebook | Scrabulous - Microsoft Internet Explorer provided by Patterson Belknap Webb & Tyler

Scrabulous : SOWPODS and TWL dictionaries, word lists, and word lookup tools - Microsoft Internet Explorer provided by Patterso

File   Edit   View   Favorites   Tools   Help

Address  http://www.scrabulous.com/scrabulous_dictionary.php                              Go    Snagit



## scrabulous.

Username:                                    ENTER

Password:   Forgot?

☐ Remember me

# Scrabulous Dictionaries                                    HELP

When you play a game of Scrabulous, you have the option of either using the SOWPODS dictionary or the TWL dictionary. Both are highly popular word lists used by millions of players across the world and even in official tournaments.

**Important : Please read the information below carefully**

- We do not edit the word list. Whatever words are there in the SOWPODS or the TWL dictionary have been selected by officials who are not connected to Scrabulous.

- Please do not ask us why a certain word is there and why a certain word is not. For example we cannot comment why ZEH is invalid. Please contact an association near you to find out.

- You may use the SOWPODS or the TWL dictionary to look up words during a game. However, you should not use the dictionary when playing a challenge type game where you have the option of playing phoney words.

- The word lists are available for free and may be downloaded by anyone. Click on one of the dictionary links above to download the entire word list. Whenever the word lists are officially updated, we shall make changes as well. Check out this Wikipedia article for information on who maintains and updates the dictionaries.

Need Help? 24/7 Support :

Email : admin@scrabulous.com

Advertise            Lista Rask            User Profiles            Game Stats

**FIREFOX**
Stop spam. Faster Browsing.

Game Rules            Advertise

Dictionary            License

Variations            Privacy

Resources            Contact Us

Facebook | Scrabulous - Microsoft Internet Explorer provided by Patterson Belknap Webb & Tyler

Scrabulous | SOWPODS and TWL dictionaries, word lists, and word lookup tools - Microsoft Internet Explorer provided by Patterson

Scrabulous | SOWPODS dictionary for Scrabulous players - Microsoft Internet Explorer provided by Patterson Belknap Webb & Tyler

File   Edit   View   Favorites   Tools   Help

Address http://www.scrabulous.com/sowpods_dictionary.php   → Go   Snagit

**scrabulous.™**

Username:

ENTER

Password : Forgot?

☐ Remember me

## SOWPODS Dictionary

**HELP**

The SOWPODS Scrabulous Dictionary is used in tournament Scrabulous all over the world except USA, Canada, Thailand and Israel, which use the TWL. Tournament Word List dictionary. SOWPODS is a combination of the OSPD and OSW word lists. Scrabulous offers you the option to play with SOWPODS.

SOWPODS word list

The entire word list of the SOWPODS dictionary is available for instant download. This is available for free to our users. Please note that this is just a complete word list without the meanings. Download the Sowpods word list here!

Search the SOWPODS dictionary

Please feel free to look up words in the online SOWPODS dictionary. We strongly recommend that you do not use this tool if you are playing a challenge type game.

Search

Two letter words

The SOWPODS dictionary has a total of 267751 words out of which 124 are two letter words. It is highly recommended that all Scrabulous players should learn these words. They are very useful when it comes to the last few tiles.

For some more Scrabulous stuff check out our resources section.

Now is Here! 24/7 Support
Email : admin@scrabulous.com

**FIREFOX**
Stop spam. Faster Browsing.

Game Rules                 About Us                 Advertise

Dictionary                 Feed Back                 License

Variations                 Testimonials                 Privacy

Resources                 Game Stats                 Contact Us

Facebook | Scrabulous Microsoft Internet Explorer provided by Patterson Belknap Webb & Tyler

Scrabulous | SOWPODS and TWL dictionaries, word lists, and word lookup tools - Microsoft Internet Explorer provided by Patterson

Scrabulous | TWL dictionary for Scrabulous players - Microsoft Internet Explorer provided by Patterson Belknap Webb & Tyler

File   Edit   View   Favorites   Tools   Help

Address http://www.scrabulous.com/twl_dictionary.php

Go     Snagit

# scrabulous.

**Username:**

ENTER

**Password:** Forgot?

Remember me

## TWL (Tournament Word List) Dictionary

HELP

The TWL Dictionary is used primarily by players from USA, Canada, Thailand and Israel. The SOWPODS dictionary is used in other countries. The TWL is based on the OSPD with small modifications to make it more suitable for tournament play. The version of OSPD used in current North American play is TWL 2006.

**TWL word list**

The entire word list of the TWL dictionary is available for instant download This is available for free to our users. Please note that this is just a complete word list without the meanings. Download the TWL word list here!

**Search the TWL dictionary**

Please feel free to look up words in the online TWL dictionary. We strongly recommend that you do not use this tool if you are playing a challenge type game.

Search

**Two letter words**

The TWL dictionary has a total of 178691 words out of which 101 are two letter words. It is highly recommended that all Scrabulous players should learn these words. They are very useful when it comes to the last few tiles.

For some more Scrabulous stuff, check out our resources section

Word Help? 24 × 7 Support

**Email :** admin@scrabulous.com

FIREFOX
Stop spam. Faster Browsing.

| | | |
|---|---|---|
| Game Rules | About Us | Advertise |
| Dictionary | Link Pad | License |
| Mansions | User Profiles | Privacy |
| Resources | Game Stats | Contact Us |

# EXHIBIT 9

Facebook | Scrabulous - Microsoft Internet Explorer provided by Patterson Belknap Webb & Tyler

Scrabulous | SOWPODS and TWL dictionaries, word lists, and word lookup tools - Microsoft Internet Explorer provided by Patterson

Scrabulous | SOWPODS dictionary for Scrabulous players - Microsoft Internet Explorer provided by Patterson Belknap Webb & Tyler

File   Edit   View   Favorites   Tools   Help

Address  http://www.scrabulous.com/sowpods_dictionary.pro    Go

**scrabulous.™**

Username :

Password :  Forgot?

[ ] Rem  File Download

# SOWPODS Dictionary

HELP

The SOWPODS Scrabulous Dictionary is used in tournament Scrabulous all over the world except USA, Canada, Thailand and Israel, which use the TWL (Tournament Word List) dictionary. SOWPODS is a combination of the OSPD and OSW word lists. Scrabulous offers you the option to play with SOWPODS.

SOWPODS word list

The entire word list of the SOWPODS dictionary is available for instant download.

[x]ase note that this is just a complete word Sowpods word list here!

**Do you want to open or save this file?**

Name: sowpods.zip
Type: WinZip File, 686 KB
From: www.stackwords.com

[ Open ]   [ Save ]   [ Cancel ]

nline SOWPODS dictionary. We strongly you are playing a challenge type game.

[✓] Always ask before opening this type of file

While files from the Internet can be useful, some files can potentially harm your computer. If you do not trust the source, do not open or save this file. What's the risk?

57751 words out of which 124 are two at all Scrabulous players should learn comes to the last few files.

For some more Scrabulous stuff check out our resources section

Need Help? 24/7 Support
Email : admin@scrabulous.com

**FIREFOX**
Stop spam. Faster Browsing.

| Game Rules | About Us | Advertise |
| Dictionary | Last Post | License |
| Variations | Your Stories | Privacy |
| Resources | Game Stats | Contact Us |

Facebook | Scrabulous - Microsoft Internet Explorer provided by Patterson Belknap Webb & Tyler

Scrabulous | SOWPODS and TWL dictionaries, word lists, and word lookup tools - Microsoft Internet Explorer provided by Patterson Belknap Webb & Tyler

Scrabulous | TWL dictionary for Scrabulous players - Microsoft Internet Explorer provided by Patterson Belknap Webb & Tyler

File    Edit    View    Favorites    Tools    Help

Address http://www.scrabulous.com/twl_dictionary.php

**scrabulous.**

Username :

Password :  Forgot?

ENTER

Rem

## TWL (Tournament Word List) Dictionary

HELP

The TWL Dictionary is used primarily by players from USA, Canada, Thailand and Israel. The SOWPODS dictionary is used in other countries. The TWL is based on the OSPD with small modifications to make it more suitable for tournament pla...

The version of OSPD used in current North-American play is TWL 2006

TWL word list
The entire word list of the TWL dictionary is available for instant download. This is ...e that this is just a complete word list

word list here

...line TWL dictionary, we strongly
...you are playing a challenge type game.

...words out of which 101 are two letter
...Scrabulous players should learn these
...s to the last few files.

### File Download

Do you want to open or save this file?

Name: twl.zip
Type: WinZip File, 459 KB
From: www.stadiawords.com

[Open]    [Save]    [Cancel]

☑ Always ask before opening this type of file

While files from the Internet can be useful, some files can potentially harm your computer. If you do not trust the source, do not open or save this file. What's the risk?

For some more Scrabulous stuff, check out our resources section

**FIREFOX**
Stop spam. Faster Browsing.

Need Help? 24/7 Support
Email : admin@scrabulous.com

Game Rules
Dictionary
Variations
Resources

About Us
Link Back
User Reviews
Game Stats

Advertise
License
Privacy
Contact Us

# EXHIBIT 10

5:59:03 PM 6/18/2008

Facebook | Scrabulous - Microsoft Internet Explorer provided by Patterson Belknap Webb & Tyler
Scrabulous Products-CafePress.com - Microsoft Internet Explorer provided by Patterson Belknap Webb & Tyler

File   Edit   View   Favorites   Tools   Help

Address http://www.cafepress.com/scrabulous/          Go      Snaglt      Shop Home

cafepress.

Cart & Checkout | Help | Order Status | Shop Home

## scrabulous
Purchase apparel and merchandise

# scrabulous.™

**Browse Products**
select one

**Browse Designs**
- Scrabulous Cube
- Classic
  Scrabulous

**Welcome to the Scrabulous Store!**

We are now offering some unique items that have the Scrabulous logo on them. These items are of good quality and are a perfect gift for a Scrabulous lover :)

Please select your category of products below. There are a wide range of items that you can then choose from.

scrabulous.

scrabulous.

Scrabulous Cube                     Classic Scrabulous

**Have any questions? Want to order by phone? Call 1-877-809-1659**

| Where's My Stuff? | Shipping & Returns | Need Help? |
|---|---|---|
| • Track your recent orders. | • See our shipping rates. | • Satisfaction Guaranteed. |
| • View or change your order. | • Make a return or exchange. | • Visit our Customer Service. |

Facebook | Scrabulous - Microsoft Internet Explorer provided by Patterson Belknap Webb & Tyler

Scrabulous Cube : scrabulous : CafePress.com - Microsoft Internet Explorer provided by Patterson Belknap Webb & Tyler

File   Edit   View   Favorites   Tools   Help

Address http://www.cafepress.com/scrabulous/4277995 ▾ → Go   Snagit

cafepress.com

Cart & Checkout | Help | Order Status | Shop Home

## scrabulous
Purchase apparel and merchandise

scrabulous : Scrabulous Cube



Women's Apparel                                                   Men's Apparel

**Have any questions? Want to order by phone? Call 1-877-809-1659**

**Browse Products**
select one ▾

**Browse Designs**
* Classic
  Scrabulous

Where's My Stuff?
• Track your recent orders.
• View or change your order.

Shipping & Returns
• See our shipping rates.
• Make a return or exchange.

Need Help?
• Satisfaction Guaranteed
• Visit our Customer Service.

This shop is powered by CafePress.com
Copyright © 1999-2008 CafePress.com All rights reserved.
Legal Notice | Trademarks & Copyright Information

cafépress™

# scrabulous
**Purchase apparel and merchandise**

scrabulous : Scrabulous Cube : **Women's Apparel**

**Browse Products**

select one ▼

**Browse Designs**
- Scrabulous Cube
- Classic Scrabulous





Women's Apparel Trucker Hat
$13.99

Women's Apparel Classic Thong
$10.99

Women's Apparel Jr. Hoodie
$27.99






MORE COLORS AVAILABLE

Women's Apparel Jr. Raglan
$21.99

Women's Apparel Women's Long Sleeve T-Shirt
$22.99

MORE COLORS AVAILABLE

Women's Apparel Women's Raglan Hoodie
$29.99





MORE COLORS AVAILABLE

Women's Apparel Women's Tracksuit
$49.99

MORE COLORS AVAILABLE

Women's Apparel Jr. Jersey T-Shirt
$23.99

MORE COLORS AVAILABLE

Women's Apparel Women's Cap Sleeve T-Shirt
$18.99





Women's Apparel Women's T-Shirt
$17.99

Women's Apparel Women's Tank Top
$17.99

Women's Apparel Women's v-Neck T-Shirt
$19.99



MORE COLORS AVAILABLE

Women's Apparel Women's Plus Size Scoop Neck T-Shi
$28.99

Women's Apparel Women's Plus Size V-Neck T-Shirt
$28.99

Women's Apparel Maternity T-Shirt
$28.99

## Have any questions? Want to order by phone? Call 1-877-809-1659

**Where's My Stuff?**
- Track your recent orders.
- View or change your order.

**Shipping & Returns**
- See our shipping rates.
- Make a return or exchange.

**Need Help?**
- Satisfaction Guaranteed.
- Visit our Customer Service.

This shop is powered by CafePress.com
Copyright © 1999-2008 CafePress.com. All rights reserved.
Privacy Policy, Trademark & Copyright Information

cafépress.

# scrabulous
**Purchase apparel and merchandise**

scrabulous : Scrabulous Cube : **Men's Apparel**

**Browse Products**
[select one ▼]

New Section

**Browse Designs**
- Scrabulous Cube
- Classic
  Scrabulous




Men's Apparel Trucker Hat
$13.99

MORE COLORS AVAILABLE
Men's Apparel Baseball Jersey
$19.99





MORE COLORS AVAILABLE
Men's Apparel Hooded
Sweatshirt
$27.99

MORE COLORS AVAILABLE
Men's Apparel Long Sleeve T-
Shirt
$22.99

MORE COLORS AVAILABLE
Men's Apparel Sweatshirt
$24.99





MORE COLORS AVAILABLE
Men's Apparel Light T-Shirt
$17.99

Men's Apparel Fitted T-Shirt
$18.99

Men's Apparel Golf Shirt
$19.99





MORE COLORS AVAILABLE
Men's Apparel Ringer T
$17.99

Men's Apparel Men's Sleeveless
Tee
$17.99

Men's Apparel Organic Cotton
Tee
$19.99






Men's Apparel Value T-shirt
$12.99

Men's Apparel White T-Shirt
$17.99

## Have any questions? Want to order by phone? Call 1-877-809-1659

**Where's My Stuff?**
- Track your recent orders.
- View or change your order.

**Shipping & Returns**
- See our shipping rates.
- Make a return or exchange.

**Need Help?**
- Satisfaction Guaranteed.
- Visit our Customer Service.

This shop is powered by CafePress.com
Copyright © 1999-2008 CafePress.com. All rights reserved.
Privacy Policy   Trademark & Copyright Information

Facebook | Scrabulous - Microsoft Internet Explorer provided by Patterson Belknap Webb & Tyler

Classic Scrabulous : scrabulous : cafepress.com   Microsoft Internet Explorer provided by Patterson Belknap Webb & Tyler

File   Edit   View   Favorites   Tools   Help

Address http://www.cafepress.com/scrabulous/4277332     Go

cafepress.

# scrabulous
Purchase apparel and merchandise

scrabulous : Classic Scrabulous

**Browse Products**
select one

**Browse Designs**
- Scrabulous Cube
- Classic Scrabulous

Office Stuff

Mugs, Buttons, Magnets

Men's Apparel

Women's Apparel

## Have any questions? Want to order by phone? Call 1-877-809-1659

**Where's My Stuff?**
- Track your recent orders.
- View or change your order.

**Shipping & Returns**
- See our shipping rates.
- Make a return or exchange.

**Need Help?**
- Satisfaction Guaranteed.
- Visit our Customer Service.

This page is powered by CafePress.com
Copyright © 1999-2008 CafePress.com All rights reserved
Privacy Policy   Trademarks & Copyright Information